**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520)529-4262
robrien@rllaz.com
Rebecca K. O'Brien
State Bar No. 021954; PCC No. 65649
*Attorneys for Christina and Doug Dunlap*
*And High Desert Irrigation*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

FAR WEST PUMP COMPANY,

Debtor.

In Proceedings Under Chapter 11

Case No. 4:17-bk-11112-BMW Chapter: 11

**DUNLAP WITNESS AND EXHIBIT LIST**

Pursuant to the Court's Order [Doc. 412], Creditors Tina and Doug Dunlap and High Desert Irrigation (collectively, the "Dunlaps") submit the following in connection with the evidentiary hearing presently scheduled for 11 a.m., January 16, 2019.

1.  The Dunlaps do not intend to call any witness of their own at the above-referenced hearing, but they reserve the right to cross-examine any witness who may called to testify, including but not limited to Mr. Leonard, Channa Vaught and Clark Vaught.

2.  The Dunlaps object to the use of any affidavit, declaration or other such written statement in lieu of living testimony at this hearing, as the use of written submissions would

deprive the Dunlaps and others of the right to cross-examination, and the Court has already indicated that live testimony will be required for this hearing.

    3.    The Dunlaps reserve the right to use any or all of the following documents at the hearing:

- Leonard's Amended Proof of Claim [No. 26-2]
- Debtor's Motion to Approve Settlement with Leonard [Doc. 280]
- Debtor's Notice of Filing Leonard Engagement Agreement and Assignment [Doc. 370]
- Complaint by Farwest against Joel Rodriguez and others in Pima County Superior Court Case No. C20150425.
- Motion to Withdraw as Counsel filed by Leonard in the Rodriguez case.
- Arizona Corporation Commission summary for Farwest Pump Company
- ACC search results for Farwest Well
- ACC summary for Leonard & Felker PLC
- ACC summary for David J. Leonard PLC
- Secura Insurance summary of payments.

Copies of the above-referenced materials, other than those filed with this Court, are being provided to counsel on this date.

/ / /

/ / /

2

Case 4:17-bk-11112-BMW    Doc 417    Filed 01/02/19    Entered 01/02/19 15:26:09    Desc
Main Document    Page 2 of 3

DATED January 2, 2019.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Rebecca K. O'Brien*
Rebecca K. O'Brien
*Attorneys for Christina and Doug Dunlap and High Desert Irrigation*

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of January 2019, I electronically transmitted the foregoing document to the United States Bankruptcy Court, District of Arizona Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kasey C. Nye
Waterfall Economidis, Caldwell Hanshaw & Villamana, P.C.
52010 E. Williams Circle, Ste. 800
Tucson, AZ 85711
knye@waterfallattorneys.com
*Attorney for Debtor*

John C. Smith
Farhang & Medcoff
4801 East Broadway Boulevard, Suite 311
Tucson, Arizona 85711
Email: jsmith@fmlaw.law
*Attorney for the Unsecured Creditor's Committee*

David J. Hindman
Mesch Clark and Rothschild
259 N. Meyer Ave
Tucson, AZ 85701
Email: ecfbk@mcrazlaw.com
*Attorney for David J. Leonard, PLC*

Renee Sandler Shamblin
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: renee.s.shamblin@usdoj.gov

By:*/s/ Sharon Waller*