**SMITH & SMITH**
GERALD K. SMITH AND JOHN C. SMITH
LAW OFFICES, PLLC
ATTORNEYS AT LAW
6720 E. Camino Principal, Suite 203
Tucson, AZ 85715
Tel: (520) 722-1605
Fax: (520) 844-8070

John C. Smith, State Bar No. 023008
Email: john@smithandsmithpllc.com
Will Sherman, State Bar No. 034221
Email: will@smithandsmithpllc.com

*Attorneys for Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>FARWEST PUMP COMPANY,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 4:17-bk-11112-BMW<br><br>**APPLICATION FOR ORDER TO SHOW CAUSE** |

The Official Committee of Unsecured Creditors (the "Committee"), through undersigned counsel, respectfully requests entry of an Order to Show Cause why Debtor and/or its counsel should not be sanctioned for failing to comply with the Court's order to prepare and file a Periodic Report [Form 426] for each of the Debtor's related entities.[1] The reports were to be reviewed by Debtor's financial advisor, Ted Burr, prior to filing, and were to be filed on or before the 20th day of the month following the conclusion of each calendar quarter. To date no reports have been filed.

---

[1] Reliant Well Drilling and Pump Corporation, Inc., FARCO Perforaciones y Bombeo, S.A. de C.V., and Vaught Equipment, LLC.

At the January 16, 2020, hearing on the Committee's Renewed Motion for Standing, the Court indicated its concern that there had been a lack of disclosure from the Debtor to requests from the Committee for financial information relating to the enforcement of the Debtor's leases with its related entities. At the hearing the Court indicated it would provide protective measures to safeguard the finances of the Debtor pending the outcome of the BAP appeal. The Court instructed the parties to upload an order.

Over the course of the next few months the parties were unable to agree on wording for the proposed Order. A Stipulated Order was eventually entered on June 3, 2020 [DE 743] requiring the Debtor to file periodic reports for the related entities. To date the Debtor has failed to comply with that Order.

The Committee's counsel has repeatedly reached out to counsel for the Debtor with no success. Most recently counsel for the Committee emailed Debtor's counsel advising of a deadline of Friday, August 21, 2020, to file the reports; unfortunately, counsel never responded, thus prompting this filing.

The Committee respectfully requests entry of an order to show cause why Debtor and/or Debtor's counsel should not be sanctioned for their refusal to comply with the Court's Order.

DATED this 24th day of August 2020.

**GERALD K. SMITH AND JOHN C. SMITH LAW OFFICES, PLLC**

By: *s/ John C. Smith*
  John C. Smith
  *Attorneys for Committee of Unsecured Creditors*

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and additionally e-mailed copies of the attached document to the following ECF registrants:

Renee Sandler Shamblin*
Office of the United States Trustee
230 North First Avenue, #204
Phoenix, AZ 85003-1706
Email: renee.s.shamblin@usdoj.gov

Kasey C. Nye*
Waterfall Economidis.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85712
Email: knye@waterfallattorneys.com
*Attorneys for Debtor*

G. Lawrence Schubart*
Stubbs & Schubart, P.C.
340 N. Main Avenue
Tucson, AZ 85701
Email: lschubart@stubbsschubart.com

Daryl Bishop*
Steven Gilfenbain*
The Morgan Rose Ranch, LP
9777 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Email: dbishop@mmgagribusiness.com
Email: steven@mmgagribusiness.com

Robert M. Charles, Jr.*
Jeffrey L. Sklar*
Lewis Roca Rothgerber Christie LLP
One S. Church Ave., Suite 2000
Tucson, AZ 85701-1611
Email: rcharles@lrrc.com
Email: jsklar@lrrc.com

Rebecca O'Brien*
Rusing, Lopez & Lizardi, PLLC
6363 N. Swan Rd., Suite 151
Tucson, AZ 85718
Email: robrien@rllaz.com
*Attorneys for Douglas Dunlap*

Nancy Swift*
Buchalter, a Professional Corporation
16435 N. Scottsdale Rd., Suite 440
Scottsdale, AZ 85254-1754
Email: nswift@buchalter.com
*Attorneys for Ford Motor Credit Corp.*

Jacob Sparks*
Spencer Fane
10100 North Central Expressway, #225
Dallas, TX 75231-4456
Email: JSparks@SpencerFane.com
*Attorneys for UMB*

S. Cary Forrester*
Forrester & Worth, PLLC
636 N. Central Avenue, Suite 700
Phoenix, AZ 8501
Email: SCF@forresterandworth.com
*Attorney for Reliant Well and Vaught Equipment, LLC*

Howard A. Chorost*
21 E. Speedway Blvd.
Tucson, Arizona 85705
Email: hchorost@me.com
*Attorney for Creditor Stubbs and Schubart*

Russ Stowers*
Russell B. Stowers, PLLC
Rillito Business Park
4574 North 1st Avenue, Suite 100
Tucson, AZ 85718
Email: russ@stowerswest.com

| | |
|---|---|
| Brad Peters*<br>San Joaquin Bit Service, Inc.<br>P. O. Box 40186<br>Bakersfield, CA 93384<br>Email: bpeters@sanjoaquinbit.com<br><br>Robert L. Dawidiuk*<br>1770 Park Street, Suite 200<br>Naperville, IL 60563<br>Email: rdawidiuk@collinslaw.com<br><br>Roger Frazier*<br>2525 E. Broadway Blvd., Suite 200<br>Tucson, AZ 857165<br>roger@frazierlawaz.com<br>*Attorney for Joseph and Peggy Salvail*<br><br>Larry Folks*<br>Folks Hess Kass PLLC<br>1850 N. Central Ave., Suite 1140<br>Phoenix, AZ 85004<br>Email: folks@folkshesskass.com<br>*Attorneys for Nationstar Mortgage* | Jill H. Perrella*<br>James G. Florentine*<br>Snell & Wilmer L.L.P.<br>One S. Church Ave., Suite 1500<br>Tucson, AZ 85701<br>Email: jperrella@swlaw.com<br>Email: jflorentine@swlaw.com<br>*Attorneys for Creditor Flaska*<br><br>Lesley Lukach*<br>Pima County Attorney's Office<br>32 N. Stone, Suite 2100<br>Tucson, AZ 85701<br>Email: Lesley.Lukach@pcao.pima.gov<br>*Attorneys for Pima County Treasurer* |

 /s/ Kate Manns
Kate Manns