MESCH CLARK ROTHSCHILD
259 North Meyer Avenue
Tucson, Arizona 85701
Phone: (520) 624-8886
Fax: (520) 798-1037
Email: irothschild@mcrazlaw.com
By: Isaac D. Rothschild, # 25726
 66139.1/mbt
Attorneys for Minera Hartlepool, S. De R.L. de C.V.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | Chapter 11 |
|---|---|
| FARWEST PUMP COMPANY, an Arizona corporation, | No. 4:17-bk-11112-BMW |
| Debtor. | **MINERA HARTLEPOOL'S NOTICE OF DEFAULT** |
| UMB BANK, n.a., Movant, vs. FARWEST PUMP COMPANY, Respondent. | |

Minera Hartlepool, S. De R.L. de C.V. ("Minera"), as successor in interest to UMB Bank, n.a. (DE 520), through undersigned counsel, hereby provides notice of default pursuant to the *Stipulated Order Approving Compromise/Settlement between UMB Bank, n.a. and Farwest Pump Company* (DE 274) ("Order").

| | |
|---|---|
| 1 | This case was converted to Chapter 7 on November 4, 2020 (DE 708).  Paragraph |
| 2 | 10(H)(a-b) of the Order provides that conversion to Chapter 7 constitutes an event of |
| 3 | default. Pursuant to the Order Minera is providing a notice of default. |

DATED: December 2, 2020                         MESCH CLARK ROTHSCHILD

                                          By    *s/Isaac D. Rothschild, #25726*
                                                Isaac D. Rothschild
                                                Attorneys for Minera Hartlepool, S. De R.L. de C.V.

Notice of Electronic Filing ("NEF") electronically
served on the date of filing upon the registered
CM/ECF Users herein as evidenced by the NEF.

27U6266