ILENE J. LASHINSKY (AZ #3073)
United States Trustee
District of Arizona

JENNIFER A. GIAIMO (NY #2520005)
Trial Attorney
230 North First Ave., Suite 204
Phoenix, Arizona 85003-1706
Telephone: (602) 682-2600
Facsimile: (602) 514-7270
Email: Jennifer.A.Giaimo@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| FARWEST PUMP COMPANY, | Case No. 4:17-bk-11112-BMW |
| Debtor. | UNITED STATES TRUSTEE'S REPORT OF UNDISPUTED ELECTION OF CHAPTER 7 TRUSTEE |

Pursuant to Federal Rule of Bankruptcy Procedure 2003(d), the United States Trustee for Region 14 (the "UST"), hereby respectfully submits this report of the election of Christopher Linscott as Chapter 7 trustee in the above-captioned bankruptcy case of Farwest Pump Company ("Debtor").

The Debtor filed its voluntary Chapter 11 petition on September 20, 2017. The Official Committee of Unsecured Creditors ("UCC") filed a motion to convert this case from Chapter 11 to Chapter 7 on October 15, 2020. *See Docket Entry #782*. That motion was granted and the case was converted to Chapter 7 on November 4, 2020. *See Docket Entry #798.* Trudy A. Nowak was promptly appointed as *interim* trustee pursuant to 11 U.S.C. ("Bankruptcy Code") Section 701 ("Trustee Nowak").

Following conversion of the case, shortly before the Chapter 7 meeting of creditors was scheduled to take place, three creditors communicated to Trustee Nowak and the UST that they intended to elect a trustee pursuant to Bankruptcy Code Section 702. Those creditors, represented by attorney Jeffrey Sklar, are ANC Orchard, LLC ("ANC"), BMR III, L.P. ("BMR"), and The Morgan Rose Ranch, L.P. ("Morgan Rose") (collectively the "Voting Creditors").

On December 8, 2020, Trustee Nowak called the meeting of creditors pursuant to Bankruptcy Code Section 341. Counsel for the UST then presided over the meeting to conduct the requested election pursuant to Bankruptcy Code Section 702. The following individuals were present at the meeting during the election: (1) Jeffrey Sklar, counsel and proxy for the Voting Creditors; (2) Kasey Nye, counsel for the Debtor; (3) Channa Vaught, President of the Debtor; (4) Vincent Flaska, President of creditor Forklift Exchange; (5) John Smith, counsel for the UCC, (6) Trustee Nowak, and (7) the undersigned counsel for the UST.

At the meeting of creditors, UST's counsel confirmed that the Voting Creditors were requesting the election of a trustee pursuant to Bankruptcy Code Section 702. Pursuant to that statute, only creditors holding allowable, undisputed, fixed, liquidated, unsecured claims are eligible to vote for a trustee. *See* 11 U.S.C. § 702(a)(1). Federal Rule of Bankruptcy Procedure 2003 further requires that the voting creditor file a proof of claim in advance of the election. *See* Fed. R. Bankr. P. 2003(b)(3). In accordance with those procedures, it was confirmed that the Voting Creditors currently hold allowable, undisputed, fixed, liquidated, unsecured claims

and that each had filed proofs of claim in this case. Debtor's counsel confirmed that, although the Voting Creditors' claims were initially designated disputed, the Debtor does not in fact dispute their claims.

Thereafter, the UST reviewed written ballots that were emailed to UST's counsel by Mr. Sklar as proxy for the Voting Creditors. The Voting Creditors unanimously nominated and voted for Christopher Linscott to serve as Chapter 7 Trustee. No other creditors voted. Creditor Vincent Flaska was given the opportunity to vote but declined to do so. Copies of the Voting Creditors' ballots are attached hereto as Exhibit A.

In determining whether Mr. Linscott's election satisfied Bankruptcy Code Section 702, the UST determined that the Voting Creditors collectively hold claims amounting to more than 20% of total outstanding unsecured claims. According to Amended Schedule F filed at Docket Entry #82, the total outstanding unsecured debt is $1,365,830. The total amount of claims held by the Voting Creditors is $954,436, which represents more than 69% of the scheduled unsecured claims.

After making the foregoing determinations, UST's counsel asked whether any parties in attendance had any objection to the election request, to the eligibility of the Voting Creditors to make such request or to vote for a trustee, or to the eligibility of Mr. Linscott to serve as Chapter 7 Trustee. There were no objections.

The foregoing constitutes the UST's report that the election of a Chapter 7 Trustee in the above-captioned case was conducted without any objections and that Christopher Linscott was unanimously voted as the Chapter 7 Trustee pursuant to

Bankruptcy Code Section 702. Trustee Nowak will remain as the *interim* trustee until such time as Mr. Linscott files a bond as determined to be adequate by the United States Trustee as required by Bankruptcy Code Section 322(a).

RESPECTFULLY SUBMITTED this 9th day of December, 2020.

                                        ILENE J. LASHINSKY
                                        United States Trustee
                                        District of Arizona

                                        /s/ JAG (NY #2520005)
                                        _____
                                        JENNIFER A. GIAIMO
                                        Trial Attorney

# CERTIFICATE OF SERVICE

This is to certify that on the 9th day of December, 2020, a copy of the foregoing was served by electronic mail to the following:

> Kasey Nye
> Debtor's Attorney
> Email: knye@waterfallattorneys.com
>
> Jeffrey Sklar
> Attorney for Voting Creditors
> Email: Jsklar@lrrc.com
>
> Vincent Flaska
> President, Forklift Exchange
> Email: vflaska@icloud.com
>
> John C. Smith
> Attorney for Unsecured Creditors Committee
> Email: john@smithandsmithpllc.com
>
> Trudy Nowak
> Interim Chapter 7 Trustee
> Email: tnowak@bklaws.com
>
> Christopher Linscott
> Elected Chapter 7 Trustee
> Email: clinscott@keeganlinscott.com

/s/ Jennifer A. Giaimo
_____

# BALLOT FOR ELECTION OF CHAPTER 7 TRUSTEE

**CREDITOR INFORMATION**:

NAME ~~Jeffrey Sklar~~ BMR III, L.P.  Phone Number: 520.838.7742

Address One South Church Ave, Suite 2000, Tucson, AZ 85701
c/o Jeffrey Sklar

1. Your connection to the creditor (your own claim as an individual/company officer/by way of formal proxy/etc.): Special power of attorney, counsel of record

2. Amount of Claim:
$330,912.38

3. Is the claim a priority claim? No

4. Is claim secured by collateral? No

   a. If yes, briefly describe the nature of the collateral _____

   b. If yes, how much of your claim, in dollars, is secured? _____

5. Is your claim scheduled on the debtor's schedules? Yes

   a. If so, is it accurate? No

6. Have you filed a proof of claim with the Bankruptcy Court? Yes

   a. If so, when? February 21, 2018

## CALL FOR ELECTION:

Do you call for the election of a chapter 7 trustee? (yes/no) Yes

## NOMINATION:

Do you nominate a chapter 7 trustee candidate? (yes/no) Yes

If yes, who do you nominate? Christopher Linscott

What is the address of your nominee? 3443 N. Campbell Ave., Suite 115 Tucson, AZ 85719

10

# BALLOT FOR ELECTION OF CHAPTER 7 TRUSTEE

**CREDITOR INFORMATION**:

NAME ANC Orchard, LLC   Phone Number: 520·838·7742

Address One South Church Ave, Suite 2000, Tucson, AZ 85701
c/o Jeffrey Sklar

1. Your connection to the creditor (your own claim as an individual/company officer/by way of formal proxy/etc.): Special power of attorney, counsel of record

2. Amount of Claim: ₱149,672.40

3. Is the claim a priority claim? No

4. Is claim secured by collateral? No

    a. If yes, briefly describe the nature of the collateral _____

    b. If yes, how much of your claim, in dollars, is secured? _____

5. Is your claim scheduled on the debtor's schedules? Yes

    a. If so, is it accurate? No

6. Have you filed a proof of claim with the Bankruptcy Court? Yes

    a. If so, when? February 21, 2018

## CALL FOR ELECTION:

Do you call for the election of a chapter 7 trustee? (yes/no) Yes

## NOMINATION:

Do you nominate a chapter 7 trustee candidate? (yes/no) Yes

   If yes, who do you nominate? Christopher Linscott

   What is the address of your nominee? 3443 N. Campbell Ave., Suite 115 Tucson, AZ 85719

# BALLOT FOR ELECTION OF CHAPTER 7 TRUSTEE

**CREDITOR INFORMATION:**

NAME _The Morgan Rose Ranch, LP_ Phone Number: _520-838-7742_

Address _One South Church Ave, Suite 2000, Tucson, AZ 85701_
_c/o Jeffrey Sklar_

1. Your connection to the creditor (your own claim as an individual/company officer/by way of formal proxy/etc.): _Special power of attorney, counsel of record_

2. Amount of Claim: _$473,850.33_

3. Is the claim a priority claim? _No_

4. Is claim secured by collateral? _No_

   a. If yes, briefly describe the nature of the collateral _____

   b. If yes, how much of your claim, in dollars, is secured? _____

5. Is your claim scheduled on the debtor's schedules? _Yes_

   a. If so, is it accurate? _No_

6. Have you filed a proof of claim with the Bankruptcy Court? _Yes_

   a. If so, when? _February 21, 2018_

**CALL FOR ELECTION:**

Do you call for the election of a chapter 7 trustee? (yes/no) _Yes_

**NOMINATION:**

Do you nominate a chapter 7 trustee candidate? (yes/no) _Yes_

If yes, who do you nominate? _Christopher Linscott_

What is the address of your nominee? _3443 N. Campbell Avenue, Suite 115, Tucson, AZ 85719_