1  Bradley A. Cosman (AZ 026223)
   Kathleen M. Allare (admitted *pro hac vice*)
2  PERKINS COIE LLP
3  2901 N. Central Ave., Suite 2000
   Phoenix, AZ 85012-2788
4  602.351.8000
   BCosman@perkinscoie.com
5  BCalleros@perkinscoie.com

6  *Counsel to Chapter 7 Trustee*

7              UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF ARIZONA
8

9  In re:                                 | Chapter 7

10 FARWEST PUMP COMPANY,                   | Case No. 4:17-bk-11112-BMW

11          Debtor.                        | **TRUSTEE'S REPORT OF SALE**

12

13         On April 12, 2023 the Court entered the *Order Approving Trustee's Motion to Sell Real*
   *Property Free and Clear of Liens, Claims, and Interests under Bankruptcy Code § 363 (Bell Country*
14 *Club #3)* ("**Sale Order**") [Doc 1021] authorizing the sale of certain real property
15 particularly described on **Exhibit A** to the Sale Order.

16         On May 1, 2023 the sale of the property closed for $160,000.  Under the Sale Order,
   the Trustee is authorized to pay Tenney's 4U Land & Real Estate a 6.0% commission of
17 $9,600 from the proceeds of the sale.

18

19 May 8, 2023                    **PERKINS COIE LLP**

20
                                 By:  */s/ Bradley A. Cosman*
21                                    ─────────────────────────
                                      Bradley A. Cosman (AZ 026223)
22                                    Kathleen M. Allare (admitted *pro hac vice*)
                                      602.351.8000

23                               *Counsel to Chapter 7 Trustee*

24

25

26

-1-